JONATHAN O. PENA, SBN#278044
Law Office of Jonathan Pena
333 W. Shaw Ave., Ste. 102
Fresno, CA 93722
Ph: 559-412-5390, Fax: 866-282-6709
info@jonathanpena.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| CHERYL RAYON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:14-cv-00216-BAM<br><br>STIPULATION AND PROPOSED ORDER FOR AN EXTENSION OF TIME TO SERVE PLAINTIFF'S LETTER BRIEF |

　　　IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for serving Plaintiff's LETTER BRIEF be extended from August 25, 2014, to October 2, 2014. This is Plaintiff's first request for an extension by stipulation of the parties.

　　　Counsel apologizes to the Court and all parties involved for any inconvenience caused by this delay.

Dated: September 4, 2014　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　*/s/　Jonathan Omar Pena*
　　　　　　　　　　　　　　　　　　　　JONATHAN OMAR PENA
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff


Dated: September 4, 2014　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney

1

DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

**(As authorized via email on September 4, 2014)**
By:    /s/_____
Jean Turk
Office of the General Counsel/SSA
Attorneys for Defendant

<u>ORDER</u>

Based on the stipulation of the parties, and for good cause shown, the time for Plaintiff to file her letter brief is extended from August 25, 2014, to October 2, 2014. All other case management dates (Doc. 5.) are similarly continued.
IT IS SO ORDERED.

Dated:   **September 10, 2014**             /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE

2