JONATHAN O. PENA, SBN#278044
Law Office of Jonathan Pena
333 W. Shaw Ave., Ste. 102
Fresno, CA  93722
Ph: 559-412-5390, Fax: 866-282-6709
info@jonathanpena.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| CHERYL RAYON,<br><br>        Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:14-cv-00216-BAM<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO SERVE PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for serving Plaintiff's LETTER BRIEF be extended from December 6, 2014, to January 05, 2015.  This is Plaintiff's second request for an extension by stipulation of the parties.  Recently plaintiff's counsel experienced a seasonal illness that has caused counsel to miss days of work.  Counsel apologizes to the Court and all parties involved for any inconvenience caused by this delay.

Dated:  December 8, 2014

Respectfully submitted,
*/s/    Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorney for Plaintiff

///

///

1

| | |
|---|---|
| Dated:  December 8, 2014 | BENJAMIN B. WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| | **(As authorized via email on December 8, 2014)**<br>By:   /s/_____<br>Jean Turk<br>Office of the General Counsel/SSA<br>Attorneys for Defendant |

## ORDER

Pursuant to the stipulation of the parties, Plaintiff's confidential letter brief shall be served on Defendant no later than January 5, 2015.  All other dates set forth in this Court's scheduling order issued on February 20, 2014 (Doc. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **December 9, 2014**               /s/ Barbara A. McAuliffe       _
                                            UNITED STATES MAGISTRATE JUDGE

2